1114

No. 03–1619. GDF REALTY INVESTMENTS, LTD., ET AL. v. NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–969. SAUNDERS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SAUNDERS, DECEASED, ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–1041. KAHAWAIOLAA ET AL. v. NORTON, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 04–1138. TARIQ-SHUAIB v. NEW YORK CITY HOUSING AUTHORITY, CONSTRUCTION DEPARTMENT. C. A. 2d Cir. Certiorari denied.

No. 04–1191. MORGAN ET AL. v. SKF USA, INC. C. A. 6th Cir. Certiorari denied.

No. 04–1208. MOSTOLLER, TRUSTEE v. CW CAPITAL, LLC. C. A. 6th Cir. Certiorari denied.

No. 04–1218. NATIONAL HERITAGE INSURANCE CO. v. UNITED STATES EX REL. BARRON ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1219. NEWTON, DBA JANEW MUSIC v. DIAMOND ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1240. ROYAL CARIBBEAN CRUISES LTD. v. HALL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 04–1334. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. NIX. C. A. 11th Cir. Certiorari denied.

No. 04–1340. CATERPILLAR INC. v. STURMAN INDUSTRIES, INC., ET AL. C. A. Fed. Cir. Certiorari denied.